# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 24, 2006

*Before*

**Hon.** RICHARD A. POSNER, *Circuit Judge*

**Hon.** DANIEL A. MANION, *Circuit Judge*

**Hon.** ILANA DIAMOND ROVNER, *Circuit Judge*

| | | |
|---|---|---|
| SELEMAWIT F. GIDAY,<br>　　　　Petitioner, | | ] Petition for Review of<br>] an Order of the Board of<br>] Immigration Appeals |
| No. 04-1962 | v. | ]<br>] No. A95-395-594 |
| ALBERTO R. GONZALES,<br>　　　　Respondent. | | ]<br>]<br>] |

　　　**IT IS ORDERED** that respondent's motion for clarification is **GRANTED**. The clerk shall amend page nine of the slip opinion by replacing the words "Department of Homeland Security" with the words "Department of Justice".